MARGARET V. BAILEY et al., Appellants, *v.* ISIDORE LIPSHUTZ et al., Individually and as Copartners Doing Business under the Name of LIPSHUTZ & GUTWIRTH, Respondents.

Argued May 24, 1949; decided June 3, 1949.

717

*Joseph H. Sand, Samuel L. Sargent* and *Bernard Meyerson* for appellants.

*John W. Trapp* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.